# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 11, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161003 (25)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

UMAR MUHAMMAD,
          Plaintiff-Appellant,

v

SC: 161003
COA: 350986

LAKELAND CORRECTIONAL FACILITY
WARDEN,
          Defendant-Appellee.
_____/

On order of the Chief Justice, the motion to extend time is considered and it is GRANTED.

Within 21 days of the date of this order, appellant shall comply with the terms of the February 25, 2020 order. Failure to comply with this order shall result in the dismissal of this application.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 11, 2020



Clerk